# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2008

Clifford W. Taylor,
Chief Justice

137200

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ROSE GAGGO, Individually and as Next
Friend of Andrew Gagoo,
        Plaintiff-Appellee,

v

SC: 137200
COA: 278607
Oakland CC: 2006-074637-NI

McKINLEY KENNEDY, a/k/a KEN KENNEDY,
and KIM JACOBS-KENNEDY, a/k/a KIM
JACOBS, a/k/a KIM KENNEDY, as parents of
Keenan Kennedy,
        Defendants--Appellants,
and

LISA HINCHMAN,
        Defendant.

_____/

      On order of the Court, the application for leave to appeal the July 22, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2008

_____
Clerk

1215